2

DANIEL V. KOHLS (SBN 167987)
BRET N. BATCHMAN (SBN 236311)
HANSEN, KOHLS, SOMMER & JACOB, LLP
1520 Eureka Road, Suite 100
Roseville, California 95661
Telephone: (916) 781-2550
Facsimile: (916) 781-5339
dkohls@hansenkohls.com
bbatchman@hansenkohls.com

Attorneys for Defendant JOSEPH NERI

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 11-37711-B-7 |
| DELANO RETAIL PARTNERS, LLC, | Adversary Proceeding No. 13-AP-02250 |
| Debtor. | Civil Case No. ~~2:14-CV-02215-WBS-DAD~~ 2:14-cv-2263 TLN (BK) |
| C & S WHOLESALE GROCERS, INC., a Vermont corporation, Plaintiff, | **ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF TIME FOR FILING OBJECTIONS TO BANKRUPTCY COURT'S REPORT AND RECOMMENDATIONS** |
| vs. | |
| HARLEY DELANO, an individual; DENNIS DELANO, an individual; JOSEPH NERI, an individual; 2040 FAIRFAX, INC., a California corporation; and DOES 1 through 25, | Adversary Action Filed:   July 15, 2013 |
| Defendants. | |

Based upon a Stipulation of the parties, and for good cause shown, IT IS HEREBY

ORDERED that:

The parties' request for an extension of time to file Objections to the Bankruptcy Court's

Report and Recommendation is GRANTED. Defendant Neri shall file his Objections no later than

RECEIVED
October 08, 2014
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005344537

rder Granting Stipulated Request for Extension of Time to File Objections to Report and Recommendation

1  October 28, 2014.  Plaintiff may have up to and including November 24, 2014, to file any

2  Response to defendant Neri's Objections.

3        SO ORDERED.

4  Dated: October 20, 2014

5

6

7                                        Thomas C. Holman
                                         United States Bankruptcy Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

183117  Order Granting Stipulated Request for Extension of Time to File Objections to Report and Recommendation